# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| DARRYL W. RISER,<br>*Plaintiff*<br>v.<br>WASHINGTON STATE UNIVERSITY<br>DON HOLBROOK, BRIAN ALLAN DIXON,<br>and RANDI N. CROYLE,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>Civil Action No. 2:18-CV-0119-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment is entered in favor of Defendants.


This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice on Defendants' Motion for Summary Judgment ECF No. 118.


Date: August 29, 2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen